JOHNSON et al., Respondents, v. BRUCE et al., Appellants.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by S. Albert Johnson and others against Robert W. Bruce and others.

No opinion. Order affirmed, with $10 costs and disbursements, and a provision added to it that upon the defendants paying $9.35, balance of judgment, with interest, within 20 days, to plaintiffs' attorney, he shall execute and deliver a satisfaction piece of the judgment.

---

LOROMAN et al., Respondents, v. LOROMAN, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Esther Loroman and others against George Loroman.

No opinion. Judgment reversed, and a new trial ordered, with costs to abide the event.

---

McCARTHY v. THOUSAND ISLAND PARK ASS'N.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Charles McCarthy against the Thousand Island Park Association.

No opinion. Judgment ordered for plaintiff for the amount demanded, without costs to either party. Held that, under plaintiff's lease, the entrance fee was not chargeable against him. See 24 N. Y. Supp. 1147.

---

MANSWEY, Appellant, v. GRUNERT, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Peter Manswey against Henry C. Grunert.

No opinion. Judgment of the county court reversed, and the judgment of the justice's court affirmed, with costs.

---

MANVILLE, Appellant, v. McCULLOCK et al., Respondents.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Cleveland D. Manville against Henry McCullock and Horace Bush, as executors and trustees.

No opinion. Order affirmed, with $10 costs and disbursements.

---

MURRAY, Appellant, v. CHURCH OF ST. JOHN THE EVANGELIST, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Annie Murray against the Church of St. John the Evangelist.

No opinion. Judgment affirmed, with costs.